UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSZETTA MARIE MCNEILL,

          Plaintiff,                 No. 11-cv-11130

vs.                                   Hon. Gerald E. Rosen

WAYNE COUNTY,

          Defendant.
_____/

## JUDGMENT

   At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on February 25, 2013

         PRESENT:   Honorable Gerald E. Rosen
                       United States District Chief Judge

The Court having this date entered and Opinion and Order adopting the Magistrate

Judge's Report and Recommendation of February 14, 2013, granting Defendant's Motion for

Summary Judgment and denying Plaintiff's Amended Motion for Summary Judgment, and being

otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and

hereby is, DISMISSED, in its entirety, WITH PREJUDICE.

                    s/Gerald E. Rosen
                    Chief Judge, United States District Court

Dated:  February 25, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 25, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager